# EXHIBIT A

**VENUE AFFIDAVIT**

I, Henry Thang, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am the Plaintiff in the above captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code section 1750 *et seq*.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant T-Mobile, Inc. conducts substantial business, including the acts and practices at issue in this action, within Santa Clara County. Moreover, T-Mobile US, Inc.'s Terms and Conditions provide in relevant part that "court proceedings must be in the county and state or jurisdiction in which your billing address in our records is located." As my billing address is in Santa Clara County, venue is proper.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. Executed on August 20, 2021 in San Jose, California.

By: _____
Henry Thang

---

CLRA VENUE DECLARATION OF PLAINTIFF HENRY THANG
PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)